UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONOLUS I. SMITH,<br>Petitioner,<br>v.<br>JOSIE GASTELO,<br>Respondent. | No. 2:16-cv-1133 CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the filing fee. He has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

Under Rule 4 of the Rules Governing Section 2254 Cases, the court must review all petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the petitioner is not entitled to relief. The court has conducted that review.

Court records reveal that petitioner has previously filed a petition for a writ of habeas corpus attacking the conviction and sentence challenged in this case. See 2:10-cv-0730 FCD CHS P. Before petitioner can proceed with the instant successive petition, he must obtain authorization from United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 2244(b)(3). Because it does not appear that petitioner has obtained the required authorization, petitioner's habeas petition must be dismissed.

Accordingly, IT IS HERBY ORDERED that:

1. This action is dismissed without prejudice; and

2. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: June 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
smit1133.sxs

2